### SLOO & BYRNE *vs.* SAME.

*Bullard, J.*, delivered the opinion of the court.

This case cannot be distinguished from the preceding one of Thayer *vs.* the same parties, *ante* 135. The evidence in relation to the title of the claimants, is the same, and a similar judgment was rendered below.

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court be affirmed, with costs.